IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES LUMPKIN, JR.                                                                                               PLAINTIFF

v.                                   Case No.4:15-cv-04050

CALVARY SPV I, LLC,
a New York corporation                                                                                        DEFENDANT

## ORDER

Before the Court is the Plaintiff's Motion to Dismiss with Prejudice. (ECF No. 8). Plaintiff has informed the Court that all claims in this case have been settled. Plaintiff's Motion to Dismiss is **GRANTED**.

**IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED** that the above styled cause be, and is hereby, dismissed with prejudice subject to the terms of the settlement agreement.

**IT IS FURTHER ORDERED** that if any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment.

The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

Dated this 10th day of August, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge